JPME

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JAN 22 AM 10:59
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Roberto GARCIA-Salas,** Defendant | Magistrate Docket No. 08 MJ 0187<br>COMPLAINT FOR VIOLATION OF:<br>Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about **January 18, 2008** within the Southern District of California, defendant, **Roberto GARCIA-Salas,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **22nd** DAY OF **JANUARY 2008**

Jan M. Adler
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Roberto GARCIA-Salas**

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On January 18, 2008, Border Patrol Agent R. Stine was assigned to foot-patrol duties at the Imperial Beach Border Patrol Station area of operations. At approximately 5:25 a.m., Agent Stine responded to a report from a thermal scope operator that two individuals were walking north from the border fence in an area known as the "New Guard Shack". This area is approximately five miles west of the San Ysidro, California Port of Entry and approximately 400 yards north of the United States/Mexico International Border. Upon arriving to the area, Agent Stine found fresh footprints for two individuals heading north from the border fence and began to follow them. At approximately 5:35 a.m., Agent Stine encountered two individuals attempting to conceal themselves in some thick brush in the "New Guard Shack" area. Agent Stine identified himself as a United States Border Patrol Agent and questioned each individual as to their citizenship and immigration status. Each individual, including one identified as the defendant **Roberto GARCIA-Salas**, admitted to being citizens and nationals of Mexico without any immigration documents that would allow them to enter or remain in the United States legally. The defendant and the other individual were placed under arrest and then transported to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **August 2, 2006** through **El Paso, Texas.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

**Executed on January 19, 2008 at 10:00 a.m.**

Carlos R. Chavez
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **January 18, 2008,** in violation of Title 8, United States Code, Section 1326.

Jan M. Adler
United States Magistrate Judge

1/19/08 @ 3:01 p.m.
Date/Time